1  **PIUS JOSEPH, ESQ., BAR NO. 132611**
2  **PIUS JOSEPH, A PROFESSIONAL LAW CORPORATION**
   595 E. COLORADO BOULEVARD, SUITE 801
3  PASADENA, CALIFORNIA 91101
4  PHONE: (626) 397-1050
   FAX: (626) 397-1066
5  EMAIL: pj800lawyr@aol.com

6  Attorney for Plaintiff:
   JUSTINE LE
7

8  ## UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10 | JUSTINE LE, an ind.,                         | Case No.: 2:16-CV-7721-AB-JPR |
   |                                               |                                |
11 |           Plaintiff,                          |                                |
12 |   vs.                                         | **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |
13 | VOLKSWAGEN GROUP OF AMERICA, INC., a corp.; and DOES 1 through 100 inclusive, | |
14 |                                               |                                |
15 |                                               |                                |
16 |           Defendants.                         | Action Filed:   September 2, 2016 |

## ORDER

Based on the Stipulation To Dismiss Action Without Prejudice Pursuant To Rule 41(A)(1)(A)(ii) (hereinafter "Stipulation") entered into by Plaintiff JUSTINE LE (hereinafter "Plaintiff") and Defendant VOLKSWAGEN GROUP OF AMERICA, INC., (hereinafter "Defendant") and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT

1. The Stipulation is approved.
2. The above-captioned proceeding is hereby dismissed without prejudice pursuant to Rule 41(A)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own respective attorneys' fees and costs.
3. The Court shall retain jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of this Order.

**IT IS SO ORDERED**.

_____
Honorable André Birotte Jr.
United States District Judge

Dated: February 10, 2017